

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed August 25, 2016

United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 16-31569 |
| IRMA LAURA GONZALEZ | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

### AGREED ORDER ON OBJECTION TO CONFIRMATION

Came on for consideration the OBJECTION TO CONFIRMATION filed by Ovation Services, LLC as servicer to FGMS Holdings LLC (hereinafter "MOVANT"), in the above entitled and numbered cause. Debtor proposes to pay Movant in accordance with Movant's Objection to Confirmation (Doc 25) and Proof of Claim (Claim #4-1). The parties have, therefore, reached an agreement in full settlement of all disputed matters.

The Court having reviewed said agreement is of the opinion that it should be approved and makes the following findings and orders:

THE COURT FINDS that Movant is the holder of an allowed secured claim.

THE COURT FURTHER FINDS that Movant is an over-secured creditor pursuant to 11

U.S.C. § 506(b), it is therefore,

ORDERED that Debtor will pay Movant, through the Chapter 13 plan, Movant's entire claim of $9,874.14 at the contract interest rate of 14%.

IT IS FURTHER ORDERED, that Movant's lien will remain until Movant's claim (Claim #4-1) has been paid in full.

IT IS SO ORDERED.

###

AGREED AS TO FORM AND SUBSTANCE:

By: _____
Kristina Gonzales
CREEL LAW GROUP, PLLC
4301 Westbank Dr., Bldg. B, Ste. 220
Austin, Texas 78746
Tel: (512) 666-3490
Fax: (512) 329-5818
info@creellawgroup.com

AGREED AS TO FORM AND SUBSTANCE:

By: _____
STEVE SMITH   SBN 24095623
MP Wright Law Group, PLLC
3500 Maple Ave, Ste. 420
Dallas, TX 75219
Tel: (469) 917-9210
Fax: (469) 327-2902
ecf@mpwlg.com