BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP         BDFTE#  00000007964927
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 386-5040

Attorney for WELLS FARGO BANK, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 16-31569-HDH-13 |
| | § | |
| IRMA LAURA GONZALEZ, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
|    Movant | § | HEARING DATE: 12/19/2018 |
| | § | |
| v. | § | TIME:  01:30 PM |
| | § | |
| IRMA LAURA GONZALEZ; and | § | |
| THOMAS POWERS, Trustee | § | |
|    Respondents | § | JUDGE HARLIN D. HALE |

**NOTICE OF WITHDRAWAL OF**
**<u>MOTION FOR RELIEF FROM STAY</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW WELLS FARGO BANK, N.A. (hereinafter "MOVANT"), a secured creditor in the referenced bankruptcy case, and states to the Court that Movant no longer wishes to prosecute its Motion for Relief from Stay, filed with the Court on November 28, 2018.

WHEREFORE, Movant hereby withdraws its Motion for Relief from Stay.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP

BY: /s/ HEATHER GRAM-CHAVEZ    12/14/2018
HEATHER GRAM-CHAVEZ
TX NO. 24092440
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
Telephone: (972) 386-5040
Facsimile: (972) 661-7725
E-mail: NDECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018 a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        TURNER & ENGEL, LLP

BY: /s/ HEATHER GRAM-CHAVEZ          12/14/2018
     HEATHER GRAM-CHAVEZ
     TX NO. 24092440
     4004 Belt Line Rd Ste. 100
     ADDISON, TX 75001
     Telephone: (972) 386-5040
     Facsimile: (972) 661-7725
     E-mail: NDECF@BDFGROUP.COM
     ATTORNEY FOR MOVANT

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:
**DEBTOR:**
IRMA LAURA GONZALEZ
307 LILLIAN ST
DALLAS, TX 75211

**TRUSTEE:**
THOMAS POWERS
105 DECKER COURT
SUITE 1150
IRVING, TX  75062

**US TRUSTEE:**
1100 COMMERCE STREET
ROOM 976
DALLAS, TX  75242

**DEBTOR'S ATTORNEY:**
M PAUL WRIGHT
2501 MAIN ST.
STE 100
DALLAS, TX  75226

**PARTIES IN INTEREST:**
DALLAS COUNTY TAX OFFICE
500 ELM ST
DALLAS, TX 75202

**PARTIES REQUESTING NOTICE:**
LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DALLAS COUNTY
2777 N STEMMON FREEWAY
SUITE 1000
DALLAS, TX 75207