

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 11, 2019

United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  
IRMA LAURA GONZALEZ  
    DEBTOR

CASE NO:  16-31569-HDH-13

**Order Approving Debtor's Modification of Debtor's Plan After Confirmation**

AT DALLAS IN SAID DISTRICT:

On this day came on for consideration the Order Approving Debtor's Modification of Debtor's Plan after Confirmation dated 04/10/2019. The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be approved subject to the following conditions, if any:

**IT IS THEREFORE ORDERED** that the Modified Plan dated 04/10/2019, be and the same is hereby approved, subject to the following conditions, if any:

Order Approving Debtor's Modification of Debtor's Plan after Confirmation, Page 2
Case # 16-31569-HDH-13
IRMA LAURA GONZALEZ

**Creditor Changes**

  No Changes

**IT IS FURTHER ORDERED** that the Modified Plan is **APPROVED** except as follows:

  The total paid to the Trustee calculated through 04/10/2019 is $29,111.00,  payments of $897.00 X 2; $1,563.00 X 23 to resume 4/19/2019;

  New Plan Base is: $66,854.00

  Plan Term is: 60

**IT IS FURTHER ORDERED** that upon surrender of secured collateral through the Modification the automatic stay is terminated as to creditor.

**IT IS FURTHER ORDERED** that 24 days written notice to the debtor, debtor's counsel, the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

### End of Order ###

Office of the Standing Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200